

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 20, 2023

**By Electronic Case Filing**
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    State of New York v. U.S. Immigration and Customs Enforcement, Docket No. 20-2622

Dear Ms. Wolfe:

      On behalf of defendants-appellants United States Immigration and Customs Enforcement ("ICE"), Tae Johnson, in his official capacity as Acting Director of ICE, the United States Department of Homeland Security, and Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security[1] (collectively, the "government"), we write respectfully to ask the Court to act on a motion to vacate the district court's judgment that was filed with all parties' consent on July 20, 2021, and has been pending for 18 months.

      This appeal concerns plaintiffs' challenge under the Administrative Procedure Act to a January 2018 Directive by ICE, which authorized its officers to make civil immigration arrests in or around courthouses of noncitizens unlawfully present in the United States. On June 11, 2020, the district court entered final judgment setting aside the January 2018 Directive and enjoining ICE from conducting civil immigration arrests in or near New York State courthouses. Following the government's appeal of the judgment, ICE formally revoked the January 2018 Directive and implemented a new policy outlining more limited circumstances under which civil immigration arrests at or near courthouses could be authorized. *See* https://www.ice.gov/sites/default/files/documents/ciEnforcementActionsCourthouses2.pdf. Accordingly, on July 20, 2021, plaintiffs filed a motion with this Court noting that "the parties agree that the judgment below should be vacated" and the case remanded to the district court so that the action can be voluntarily dismissed without prejudice. (ECF No. 110). To date, however, this Court has not yet ruled on that motion. Because ICE remains subject to an injunction that all parties agree should be vacated, the government respectfully requests that the Court act on the consented-to motion at the earliest opportunity.

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c)(2), these officials are automatically substituted for their predecessors.

We thank the Court for its consideration of this letter.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney

By:    */s/ Tomoko Onozawa*
           TOMOKO ONOZAWA
           BENJAMIN H. TORRANCE
           Assistant United States Attorneys
           Telephone: (212) 637-2721/2703
           Email: tomoko.onozawa@usdoj.gov
                      benjamin.torrance@usdoj.gov

cc:    All Counsel of Record (via ECF)