# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of February, two thousand twenty-three.

Present:

    Guido Calabresi,
    Michael H. Park,
    William J. Nardini,
        *Circuit Judges*.

State of New York, et al.,

    *Plaintiffs-Appellees*,

v.        20-2622

United States Immigration and Customs Enforcement, et al.,

    *Defendants-Appellants*.

Appellees move for vacatur of the district court's judgment and for remand. Appellees represent that the Appellants consent to the requested relief. Upon due consideration, it is hereby ORDERED that the motion is GRANTED to the following extent: the appeal is DISMISSED as moot and/or waived, the district court judgment is VACATED, and the matter is REMANDED to the district court with directions to grant the parties' motion for dismissal without prejudice. *See Russman v. Bd. of Educ.*, 260 F.3d 114, 121, 123 (2d Cir. 2001); *Associated Gen. Contractors of Conn., Inc. v. City of New Haven*, 41 F.3d 62, 67 (2d Cir. 1994); *see also Lawrence v. Chater*, 516 U.S. 163, 166–67 (1996) (per curiam).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

